```
UNITED STATES BANKRUPTCY COURT
       DISTRICT OF MINNESOTA
```

------------------------------
In Re:

Brandon L. Burman and
Jennifer L. Burman

                                                   ORDER

       Debtors.

Chapter 7, Case No. 08-43723
------------------------------

    This case is before the court pursuant to the motion of BankVista as serviced by Chase Home Finance LLC pursuant to 11 U.S.C. Section 362. The Court being fully advised of the premises,

    IT IS ORDERED:

    The automatic stay imposed by 11 U.S.C. §362 is terminated as to the real property over which the movant, its successors or assigns, has an interest, said property legally described as follows, to-wit:

    Lot 11, Block 4, Cedar South, according to the recorded plat thereof, and situate in Wright County, Minnesota

    The movant, its successors and assigns, may proceed to foreclose its mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.


Dated:   October 02, 2008          /e/ Robert J. Kressel
                                             Robert J. Kressel
                                             UnitedStatesBankruptcyJudge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/02/2008*
Lori Vosejpka, Clerk, By LMH, Deputy Clerk